# Richmond

FAUQUIER NATIONAL BANK, ADMINISTRATOR, ETC. V.
HAZELWOOD SAVINGS AND TRUST COMPANY,
INCORPORATED, ETC.

November 14, 1935.

Present, All the Justices.

*Page & Leary, B. Richards Glascock* and *W. H. Robert-son,* for the plaintiff in error.

*John Galleher, Cecil Conner, Leake & Buford* and *Littleton M. Wickham,* for the defendant in error.

GREGORY, J., delivered the opinion of the court.

The opinion in the companion case, under the same style, *Fauquier National Bank, Adm'r* v. *Hazelwood Savings and Trust Company, Inc., ante,* page 259, 182 S. E. 566, handed down this day governs and controls this case. The principles there announced compel a reversal of the judgment pronounced in this case and a dismissal of the proceedings.

*Reversed and dismissed.*